**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

ISABELLA VICTORIA FERRER SUAREZ,

Petitioner,

v. Case No. 3:26-cv-3092-TJC-PDB

WARDEN, FLAGLER COUNTY JAIL, et al.,

Respondents.

---

**ORDER**

1. The **Clerk of Court** shall send a copy of the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) and a copy of this Order by **e-mail** to the United States Attorney for the Middle District of Florida (USAFLM.JAX.Civil.NewCases@usdoj.gov, OPLAORLFEDLIT@ice.dhs.gov); and by **first-class mail** to the Attorney General of the United States, 950 Pennsylvania Avenue NW, Washington, DC 20530; and Sheriff Rick Staly, Flagler County Jail, 1002 Justice Lane, Bunnell, FL 32110. All costs of service shall be advanced by the United States.

2. No later than **November 17, 2026**, Respondents shall respond to the Petition and show cause why the Petition should not be granted.

3. No later than **November 20, 2026**, Petitioner shall file a reply to Respondents' response.

4. If Petitioner is removed from the United States or otherwise released from custody, Respondents must file a notice within **3 days** of Petitioner's change in custody.

5. The parties must mark for identification all transcripts, briefs, affidavits, and other documentary exhibits and, if more than one, submit a table of contents or index (with a title, description, and date of each document). The Court will strike and return any exhibits that do not comply with these requirements. If a party relies on a deposition, the entire transcript must be filed.

**DONE AND ORDERED** in Jacksonville, Florida this 9th day of November, 2026.

*Timothy J. Corrigan*
TIMOTHY J. CORRIGAN
Senior United States District Judge

s.
Copies:
Counsel of record
Parties as directed above