**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

ISABELLA VICTORIA FERRER
SUAREZ,

Petitioner,

v. Case No. 3:26-cv-3092-TJC-PDB

WARDEN, Flagler County Jail, et al.,

Respondents.

---

**ORDER**

Upon review of the Federal Respondents' Notice of Release (Doc. 8) and Petitioner's Notice of Voluntary Dismissal Without Prejudice (Doc. 9), this petition is **dismissed without prejudice**. All parties shall bear their own attorney's fees and costs. The Clerk shall **close** the file.

**DONE AND ORDERED** in Jacksonville, Florida this 23rd day of November, 2026.

Timothy J. Corrigan
TIMOTHY J. CORRIGAN
Senior United States District Judge

s. Copies:
Counsel of record